1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

TWILAH YVONNE FREBERG,

CASE NO. 09cv0222 DMS (AJB)

12

Plaintiff,

**ORDER RE: SUMMONS AND SERVICE OF PROCESS**

vs.

13

STATE OF CALIFORNIA,

14

Defendant.

15
16

Plaintiff Twilah Yvonne Freberg, proceeding *pro se*, filed this case against the State of

17

California on February 6, 2009.  Because Plaintiff paid the filing fee, the Court did not screen

18

Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  Nevertheless, after reviewing the

19

twenty-two page Complaint and the voluminous exhibits attached thereto, and Plaintiff's Motion to

20

Proceed filed on March 4, 2009, it appears Plaintiff has failed to submit a summons to the Clerk of

21

Court, as required by Federal Rule of Civil Procedure 4.  If Plaintiff wishes to proceed with this case,

22

she must prepare and submit a summons to the Clerk of Court, and thereafter serve the summons along

23

with a copy of the Complaint on Defendant as provided in Federal Rule of Civil Procedure 4.  The

24

Court notes that Plaintiff delivered a copy of certain documents to the Attorney General's office in

25

Sacramento, but those documents did not include a court-issued summons, and thus would not have

26

/ / /

27

/ / /

28

/ / /

triggered Defendant to respond to the Complaint.  Plaintiff shall submit her summons to the Clerk of Court on or before **February 5, 2010**.

     **IT IS SO ORDERED**.

DATED:  January 27, 2010

_____

HON. DANA M. SABRAW
United States District Judge

09cv0222