# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TWILAH YVONNE FREBERG, | CASE NO. 09cv0222 DMS (AJB) |
|---|---|
| Plaintiff, | **ORDER FOLLOWING HEARING** |
| vs. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

This case came on for hearing on April 2, 2010, for dismissal for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff Twilah Yvonne Freberg, proceeding *pro se*, appeared at the hearing, and presented certain documents to the Court in response to the Notice of Hearing. The Court has reviewed those documents, and finds they do not address the deficiency pointed out in the Court's January 27, 2010 Order, specifically Plaintiff's failure to submit a summons as required by Federal Rule of Civil Procedure 4 and Local Civil Rule 4.1. If Plaintiff wishes to proceed with this case, she must prepare and submit a summons to the Clerk of Court, and thereafter serve Defendants with a copy of the summons and Complaint as provided in Federal Rule of Civil

/ / /
/ / /
/ / /
/ / /
/ / /

1 | Procedure 4. Plaintiff shall submit her summons to the Clerk of Court on or before **April 23, 2010**.
2 | If Plaintiff fails to comply with this Order, her case will be dismissed without prejudice.
3 | **IT IS SO ORDERED**.
4 | DATED: April 7, 2010

6 | HON. DANA M. SABRAW
United States District Judge